UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| ANDREA McDANIEL,           )<br>    Plaintiff,           )<br>                              )<br>v.                            )<br>                              )<br>LIFE INSURANCE COMPANY OF )<br>NORTH AMERICA,                )<br>    Defendant.           ) | Case No. 2:21-cv-02161-JAR-TJJ |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the dismissal with prejudice of all claims asserted in this action against Defendant. The parties further stipulate that Plaintiff and Defendant shall bear their own attorney's fees and cost.

Respectfully submitted,

STINSON LLP

By: */s/William E. Hanna*
William E. Hanna, KS #14480
Christopher J. Leopold, KS #19638
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
816.842.8600 ‖ 816.691.3495 [F]
william.hanna@stinson.com
chris.leopold@stinson.com

ATTORNEY FOR DEFENDANT

BURNETTDRISKILL, LLC

By  */s/Derrick A. Pearce*
Derrick A. Pearce, MO #16572
Kyle H. Sciolaro, KS #24991
103 W. 26th Avenue, Suite 290
North Kansas City, MO 64116
816.781.4836 ‖ 816.792.3634 [F]
dpearce@burnettdriskill.com
ksciolaro@burnettdriskill.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On January 18, 2022, a copy of the above and foregoing was filed with the Court's ECF system, with service electronically thereby on counsel of record for plaintiff.

/s/William E. Hanna
Attorney for Defendant